JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES M. TORRES,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>　　　Defendant. | Case No. 5:24-cv-01985-JWH<br><br>**JUDGMENT FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

1  The Court having approved the parties' Stipulation to Voluntary Remand
2  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment
3  ("Stipulation to Remand") lodged concurrent with the lodging of the within
4  Judgment of Remand,
5  It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-
6  captioned action is **REMANDED** to the Commissioner of Social Security for
7  further proceedings consistent with the Stipulation to Remand.
8  **IT IS SO ORDERED.**
9
10 Dated: March 24, 2025
   _____
   The Honorable John W. Holcomb
11 U.S. DISTRICT JUDGE